608 A.2d 494

COMMONWEALTH of Pennsylvania, Respondent,

v.

Linda J. CASTILE, Petitioner.

Supreme Court of Pennsylvania.

June 23, 1992.

## ORDER

PER CURIAM.

The Petition for Allowance of Appeal is hereby Granted and the case is remanded to the trial court for consideration of the Motion to Modify Sentence.